IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-1268

CITIZENS FOR A HEALTHY COMMUNITY;
HIGH COUNTRY CONSERVATION ADVOCATES;
WILDERNESS WORKSHOP;
CENTER FOR BIOLOGICAL DIVERSITY;
and WILDEARTH GUARDIANS;

Petitioners,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR;

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U. S. Department of the Interior;

UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture;

Federal Respondents,

and

GUNNISON ENERGY LLC,

Intervenor Respondent.

## DECLARATION OF STEPHANIE CONNOLLY

I, Stephanie Connolly, in accordance with the requirements of 28 U.S.C. § 1746, declare:

1. I am over 18 years of age, competent to testify in this case, and have personal knowledge of the matters discussed in this declaration.

2. I am the Acting State Director for the Bureau of Land Management (BLM), Colorado State Office. I have been employed with BLM in this capacity since January 2, 2022.

1

Before assuming that role, I was Acting Associate State Director for the BLM Colorado State Office. I was employed by the BLM in that capacity from March 28, 2021, to January 1, 2022. My regular position is District Manager for the BLM Colorado Southwest District. I have been employed with BLM in this capacity since May 2018. Prior to that time, I served as the BLM Wyoming High Plains District Manager from 2009 to 2018.

3. In my capacity as the Acting State Director I oversee BLM's implementation of the North Fork Mancos Master Development Plan (NFMMDP), which was approved by the Uncompahgre Field Manager through decision records dated August 15, 2019, and January 27, 2020.[1] On May 10, 2021, plaintiffs challenged the BLM and the Forest Service's approvals of the NFMMDP.

4. The NFMMDP authorized development of up to 35 new wells and associated infrastructure in the 34,906-acre project area including 45.97 acres (0.13%) of disturbance, including 17.33 acres of long-term disturbance (0.05% of the total area).

5. Since approval of the MDP, BLM has approved six applications for permits to drill (APDs) for wells in the NFMMDP. To date, the operator has drilled and completed one of the permitted oil and gas wells. The well is currently producing oil and gas.

6. Based on additional review and evaluation, BLM has identified substantial concerns with the National Environmental Policy Act (NEPA) analysis underlying the challenged NFMMDP approval decisions, including the analysis of the potential impact of the new wells on emissions of greenhouse gases such as methane.

---

[1] The Forest Service also issued a decision for the NFMMDP approving Surface Use Plans of Operations on January 10, 2020.

7. Accordingly, the BLM has determined that it will revisit the NEPA analysis for the NFMMDP. That process will entail preparation of supplemental analysis for the NFMMDP. BLM will make the supplemental analysis available for public review and comment, and will consider public comments prior to finalizing the analysis.

8. Upon completion of the supplemental analysis, BLM will review its original decisions authorizing the NFMMDP and decide whether to affirm those decisions, make new decisions regarding the NFMMDP, or conduct additional analysis.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of February, 2022.

_____
Stephanie Connolly
Acting State Director
Bureau of Land Management
Colorado State Office