**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01268-MSK

CITIZENS FOR A HEALTHY COMMUNITY,
HIGH COUNTRY CONSERVATION ADVOCATES,
WILDERNESS WORKSHOP,
CENTER FOR BIOLOGICAL DIVERSITY, and
WILDEARTH GUARDIANS,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF INTERIOR,
UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior,
UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and
GUNNISON ENERGY LLC,

    Defendants.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Opinion and Order Remanding Action signed by Senior United States District Judge Marcia S. Krieger on May 19, 2022 (# 31), it is

    ORDERED that the Agencies' Motion for Remand (# 21) is GRANTED IN PART AND DENIED IN PART.  It is

    FURTHER ORDERED that the Court VACATES the Agencies' approval of the Plan and REMANDS the matter back to the Agencies for further consideration.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiffs and against Defendants.  It is

FURTHER ORDERED that Plaintiffs shall have those costs awardable under 28 U.S.C. § 1920 that have not already been awarded by the Court, by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 20th day of May, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk